**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PST Innovations, LLC | ) |
| | ) Case No. 23-cv-317 |
| v. | ) |
| | ) Judge: Hon. Robert W. Gettleman |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | ) Magistrate: Hon. Jeffrey T. Gilbert |
| Hon. IDENTIFIED ON SCHEDULE A | ) |
| | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGEMENT**

Plaintiff PST Innovations, LLC seeks entry of Default and Default Judgment against all remaining Defendants as shown in Appendix A. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 13th of April, 2023.    Respectfully submitted,


By:   s/David Gulbransen/
      David Gulbransen
      Attorney of Record

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.
      david@gulbransenlaw.com

Appendix A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Shijiazhuang Aijia Crafts Co., Ltd. | aijiacrafts |
| 3 | Ningbo Jiangdong Mi Tuo Trading Company Limited | nbtopgear |
| 4 | westslopo Store | 1101768917 |
| 6 | gongma | A121ENH06UHSAA |
| 8 | camerony | A1B0X85N6I1AKJ |
| 9 | fexi | A1FHVZIQ2U3YAU |
| 10 | bablue | A1NOJZE6DCC2HW |
| 11 | HongHuShiZhenJingShengDianZiShangWuYouXianGongSi | A1SCQ2YILEIP4D |
| 12 | shuangfanjinchukougongsi | A1T81VRWBMC9X0 |
| 13 | Shalem Accessories | A1VE9BDTRK4I3C |
| 14 | Sunseek | A1YBCT0ZW4YMK9 |
| 15 | Doit UK | A1YOASMRTICEPY |
| 16 | kathere | A28LLO227WUF4X |
| 17 | lilykma | A28Z899Z59OTM4 |
| 18 | MyTRADE | A2FDNT3KOHDNL |
| 19 | Mengliu Shop | A2JCH2UDGPJT4G |
| 21 | INDIGLOBAL_SHOP | A2RSD1EKBT5JT4 |
| 22 | KLYNGTSK | A2U3QWH658ACFL |
| 23 | liqinriyongpin | A35RTAFZBDDX7D |
| 24 | xiamenhaiyiyue | A3BFFR17L72H3M |
| 25 | feiziemaoyi | A3BT7TH7OQGV4L |
| 26 | duilianshangwuzixun | A3LOIJRLKE3NQ6 |
| 27 | Fujian A Zhu Touzi Youxian Gongsi | A3LUVZEWEAHN9G |
| 28 | anhailang | A3OGWJ0KW68AD4 |
| 29 | TWMALL | AA3CT73AF0V0D |
| 31 | JiuPiLan | AG21LH1X1G8QX |
| 33 | SUperuing | AOL1Q3MFCD0LX |
| 34 | wazai | AZDMXDR4G0LIB |
| 35 | 3c.im-89 | 3c.im-89 |
| 36 | bigbigau | bigbigau |
| 39 | cife-gmail | cife-gmail |
| 45 | rachmayunp_0 | rachmayunp_0 |
| 46 | rachmin84 | rachmin84 |
| 47 | tarawynn | tarawynn |
| 49 | xrongrong | xrongrong |

| 50 | YG-Grocery | 5d22b8716ecda80301f6eaf9 |
| --- | --- | --- |
| 51 | MINSHI Healthy | 621328eb56146141d4ec5601 |
| 52 | DH-HOME OFFICIAL STORE | DH-Home-official-store |
| 53 | craftscapitol | craftscapitol.com |
| 54 | directtalentsolutions | directtalentsolutions.com |
| 55 | magicgoshop | www.magicgoshop.com |
| 56 | rialayinternational | www.rialayinternational.com |
| 57 | Bojue | 101109216 |
| 58 | Fushanshiaidierheerwangluokejiyouxiangongsi | 101114754 |
| 62 | youhuihuang | 566953afe5ca914317e66c16 |
| 63 | zini | 57c4f3ca55b3021c9c404a6f |
| 64 | yanligang | 58553fb3e7685f546030fc32 |
| 65 | chongxinkaishi410 | 58eb363ebef1c30fa5024d77 |
| 66 | sugendsvay | 5aba556abeed1248e7a40fc5 |
| 67 | huanglihuasimimada | 5af9448e3beec119f4e345a9 |
| 68 | sanmujiaju | 5b72690798a75027a540fc35 |
| 69 | liyuan552 | 5d4f7c2b4115da40b2010409 |
| 70 | cublthero | 5e14375b3d3347044c6738de |
| 71 | stay hurricanes | 5eba990c5210119420ab4a78 |
| 72 | Beach Life Of Miami | 6167f4e33b117966b4fda3d3 |
| 73 | Corresponsalth | 617087c5b0f8008d38e6efd1 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the April 13, 2023, the **Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendant's will also be provided notice on April 13, 2023, via e-mail to the e-mail to the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

By:   s/David Gulbransen/
     David Gulbransen
     Attorney of Record

     David Gulbransen (#6296646)
     Law Office of David Gulbransen
     805 Lake Street, Suite 172
     Oak Park, IL 60302
     (312) 361-0825 p.
     (312) 873-4377 f.
     david@gulbransenlaw.com